UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTATE OF MICHAEL A. HILL<br>9 Bluegrass Way<br>Gloucester, NJ 08028 | : <br> : <br> : | CIVIL ACTION <br><br> NO. |
| *Plaintiffs* | : <br> : <br> : | |
| v. | : <br> : | |
| SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AGENCY (SEPTA)<br>1234 Market Street<br>Philadelphia, PA 19107 | : <br> : <br> : <br> : <br> : | **JURY TRIAL DEMANDED** |
| *Defendant* | : | |

## **COMPLAINT**

1. The plaintiffs herein are The Estate of Michael A. Hill., a citizen and resident of the State of New Jersey, with the address of 9 Bluegrass Way in Gloucester, New Jersey.

2. The action arises under the Act of Congress, April 22, 1908, c. 149, 35 Stat. 65, and amendments thereto, U.S.C.A. Title 45, Sec. 51 et seq., and further amended by the Act of Congress, approved by the President of the United States on August 11, 1939, Chapter 685 - First Session of the 76th Congress, known and cited as "The Federal Employers' Liability Act", and under "The Federal Safety Appliance Act", Title 45, U.S.C.A., Sec. 1-16 inclusive and under "The Federal Boiler Inspection Act", Title 45, U.S.C.A., Sec. 22-34, inclusive, and under the Roadway Protection Act.

3. Defendant, Southeastern Pennsylvania Tran (hereinafter referred to as "Amtrak"), is a corporation duly organized and existing under and by virtue of the laws of the District of Columbia with its principle place of business at the above address, and which regularly does business in the District of Columbia and through the United States of America.

4. All the acts alleged to have been done or not to have been done by the Defendant were done or not done by the Defendant, its agents, servants, workmen and/or employees acting in the course and scope of its employment for and on behalf of the Defendant.

5. At all time material hereto, Plaintiff was employed by Defendant.

6. All of the property, equipment and operations involved in the accident herein referred to were owned by and under the control of the Defendant, its agents, servants and/or employees.

7. At the time and place hereinafter mentioned, the acts of omission and commission causing the injuries to the plaintiff were done by the defendant, its agents, servants and/or employees, acting in the course and scope of their employment with and under the control of the defendant.

8. On or about April 2, 2020, Plaintiff arrived at his job, as a conductor for SEPTA.

9. As the day progressed, Mr. Hill was having trouble breathing and experiencing fatigue and stomach issues.

10. On April 4, 2020, Mr. Hill went to Inspira Medical Center because he started coughing up blood and mucus.

11. On April 5, 2020, Mr. Hill was admitted to the ICU.

12. On April 6, 2020, Mr. Hill was placed on a ventilator.

13. On April 14, 2022, Mr. Hill died from complications due to COVID-19.

14. Plaintiff's injuries were caused in whole or in part by the negligence, carelessness and recklessness of the defendant and their agents, servants, workmen and/or employees, acting within the scope of their employment, which negligence consisted of the following:

   a. in failing to provide the plaintiff with a safe place to work as required by the Federal Employers' Liability Act, Title 45 U.S.C. Secs. 51-60.

   b. in failing to comply with safety rules and regulations of the defendant.

    c. in failing to comply with the operating rules and regulations of the defendant.

    d. in failing to ensure that appropriate personal protective equipment was available and used;

    e. failure to communicate with the conductors regarding COVID-19 regulations.

    f. failure to communicate with the work gangs regarding their co-workers having COVID-19.

15. As a result of the aforesaid, Plaintiff died from complications due to COVID-19.

16. As a result of the aforesaid, Plaintiff had incurred a medically determinable physical impairment which prevented Plaintiff from performing all or substantially all of the material acts and duties which constitute his usual and customary work and limited his mobility and daily activities as well as enjoyment of life.

17. As a direct result of the defendants' negligence, through their agents, servants, workmen and/or employees, the Plaintiff was unable to attend to his usual duties and occupations, all of which caused substantial financial loss.

WHEREFORE, plaintiff claims all remedies available under the Federal Employer's Liability Act (FELA).

**KELLER AND GOGGIN, P.C.**

By: */s/ Robert S. Goggin, III*
ROBERT S. GOGGIN, III, ESQUIRE
PA Bar # 61779
rgoggin@keller-goggin.com
Keller & Goggin, P.C.
1420 Walnut Street, Suite 1108
Philadelphia, PA 19102
(215) 735-8780
(215) 735-5126