IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ESTATE OF MICHAEL A. HILL**<br><br>Plaintiff,<br><br>v.<br><br>**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AGENCY (SEPTA)**<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 2:23-cv-00702** |

## ORDER

**AND NOW** this 3rd of August, 2023, for reasons stated in the foregoing Memorandum, it is hereby

**ORDERED**:

1. Defendant's Motion to Dismiss (ECF 9) is **DENIED**.

                                      **BY THE COURT:**

                                      /s/ Michael M. Baylson

                                      **MICHAEL M. BAYLSON, U.S.D.J.**