# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF MICHAEL A. HILL<br>                                  Plaintiff<br>vs.<br>SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AGENCY (SEPTA)<br>                                  Defendant | CIVIL ACTION<br><br>No. 2:23-cv-00702-MMB |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, The Estate of Michal Hill, and Southeastern Pennsylvania Transportation Authority (SEPTA) respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear their own costs and fees. The parties request that the Clerk of Court now close this case.

**GOGGIN & DUCKWORTH, P.C**

By */s/ Robert S. Goggin, III*
ROBERT S. GOGGIN, III, ESQUIRE
1420 Walnut Street, Suite 1108
Philadelphia, PA  19102
(215) 735-8780
Attorney for Plaintiff

**CLARK HILL PLC**

By: */s/ Daniel J. McGravey*
DANIEL J. MCGRAVEY
2001 Market Street, Suite 2620
Philadelphia, PA 19103
(215) 640-8544
Attorney for Defendant

**SO ORDERED this 6th day of March, 2024.**

**s/ Michael M. Baylson, USDJ**